IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 1:12-CR-135-LO |
| ) | |
| ) | Count 1: 18 U.S.C. § 2252(a)(2) |
| v. ) | Receipt of Child Pornography |
| ) | |
| ) | Forfeiture Count 18 U.S.C. §2253(a) |
| JAMES W. OWEN ) | |

FILED IN OPEN COURT

APR 5

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## INDICTMENT

**April 2012 Term – at Alexandria**

## COUNT 1

THE GRAND JURY CHARGES THAT:

Between on or about November 2008 and on or about December 16, 2011, within the Eastern District of Virginia, the defendant, JAMES W. OWEN, did unlawfully and knowingly receive visual depictions of minors engaging in sexually explicit conduct using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, to wit: videos and still images depicting prepubescent children engaging in sexually explicit conduct including but not limited to sexual intercourse, oral sex, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Sections 2252(a)(2) and 2256(8)(A)).

## FORFEITURE COUNT

Upon conviction for violating 18 U.S.C. § 2252(a)(2) defendant JAMES W. OWEN shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

(1) Apple iMac desktop, SN QP824098ZE7 with Seagate hard drive, SN 9QG9E6KC;

(2) Apple iMac desktop, SN C02FW3RLDHJP with Seagate hard drive, SN 5948ZC;

(3) Apple PowerMac G4, SN XB1280LNKSK;

(4) Western Digital Hard Drive, Model WD1200JB, SN WMAEK3472409;

(5) Western Digital Hard Drive, Model WD1200, SN WCAL94231034; and

(6) CDs containing child pornography.

(Title 18, United States Code, Section 2253(a)).

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

_____
By: Maureen C. Cain
Special Assistant United States Attorney

2