IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



Alexandria Division

UNITED STATES OF AMERICA

v.                          Criminal No.: 1:12CR00135-001

JAMES W. OWEN

## ORDER

For reasons stated in open Court, it is accordingly ORDERED:

1)     that the defendant's conditions of release be modified to allow his granddaughters use of their laptop computers in the home with the provision that the computers be password protected, and his wife shall be permitted to have her computer in the home when in use, and it shall be locked away at all other times.

/s/
Liam O'Grady
United States District Judge
LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 13, 2012