IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 1:12-CR-135-LO |
| ) | |
| ) | Count 1: 18 U.S.C. § 2252(a)(4)(B) |
| v. ) | Possession of Child Pornography |
| ) | |
| ) | |
| JAMES W. OWEN ) | Forfeiture Count 18 U.S.C. §2253(a) |
| ) | |
| Defendant. ) | |

FILED
IN OPEN COURT

JUN - 5 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Possession of Child Pornography)

On or about December 16, 2011 within the Eastern District of Virginia, the defendant, JAMES OWEN, did unlawfully and knowingly possess visual depictions of minors engaging in sexually explicit conduct that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate commerce or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means, including by computer, to wit: videos and still images depicting prepubescent children engaging in sexually explicit conduct including but not limited to actual or simulated sexual intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256(8)(A)).

1

## FORFEITURE COUNT

Upon conviction for violating 18 U.S.C. Section 2252(a)(4)(B) defendant JAMES W. OWEN shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

(1) Apple iMac desktop, SN QP824098ZE7 with Seagate hard drive, SN 9QG9E6KC;

(2) Apple iMac desktop, SN C02FW3RLDHJP with Seagate hard drive, SN 5948ZC;

(3) Apple PowerMac G4, SN XB1280LNKSK;

(4) Western Digital Hard Drive, Model WD1200JB, SN WMAEK3472409;

(5) Western Digital Hard Drive, Model WD1200, SN WCAL94231034; and

(6) CDs containing child pornography.

(Title 18, United States Code, Section 2253(a)).

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

*Maureen C. Cain*
By: Maureen C. Cain
Attorney for the United States