IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Crim. No. 1:12-CR-135-LO |
| JAMES OWEN | ) | |
| Defendant. | ) | |

**REQUEST FOR STATUS CONFERENCE REGARDING RESTITUTION**

The United States of America, by and through its undersigned attorneys, hereby requests a status conference in the above-captioned matter and states as follows:

1. On or about June 5, 2012, Defendant James Owen pled guilty to possession of child pornography.

2. As described in the Presentence Report, attorneys for three minor victims depicted in Defendant's collection of child pornography filed requests for restitution.

3. Specifically, the attorney for "Vicky" filed a restitution request for $150,000; the attorney for "L.S." filed a restitution request for $150,000; and the attorney for "Cindy" filed a restitution request for $88,467.79.

4. On or about September 28, 2012, Defendant was sentenced by this Honorable Court to eighteen months incarceration, along with ten years of supervised release.

5. During the sentencing hearing, Defendant represented to this Court that he would speak with the attorneys of the victims for purposes of reaching an agreeable number for restitution.

6. Despite many phone calls and emails, the United States has no information from Defendant on the status of restitution.

7. The United States contacted defense regarding a status conference and received no response.

8. Accordingly, the United States requests a status conference regarding restitution with the preferred dates of January 11, 2013, January 18, 2013, or any other date convenient for this Honorable Court's schedule.

Respectfully submitted,

_____/s/_____
Maureen C. Cain
Special Assistant United States Attorney (LT)
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Maureen.Cain@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to:

>Peter D. Greenspun
>3955 Chain Bridge Road
>Second Floor
>Fairfax, VA 22030
>Pdg@greenspunlaw.com

>_____/s/_____
>Maureen C. Cain
>Special Assistant United States Attorney (LT)
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Tel: 703-299-3700
>Fax: 703-299-3981
>Maureen.Cain@usdoj.gov